**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Marites Grace Reyes Oberg, | **Case No. 15-cv-3678 (PJS/SER)** |
| Plaintiff, | |
| v. | **ORDER** |
| Gerald M. Shapiro, Bank of New York Mellon as Trustee of CWABS 2007-4 Asset Backed Certificates of Trust, Bank of America/ Countrywide, and Specialized Loan Servicing, LLP, | |
| Defendants. | |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that

1. Defendants' Bank of New York Mellon as Trustee of CWABS, 2007-4 Asset Backed Certificates of Trust, Bank of America, N.A., and Specialized Loan Servicing, LLP's Joint Motion to Dismiss [Doc. No. 13] is **GRANTED**;

2. Defendant Gerald M. Shapiro's Motion to Dismiss [Doc. No. 22] is **GRANTED**; and

3. This action is **DISMISSED without prejudice.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 26, 2016

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge
